**Order entered December 12, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01018-CR

**STEPHEN COLEMAN SHOCKLEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-82727-09**

## ORDER

The Court **GRANTS** appellant's December 10, 2013 motion to extend time to file his brief. We **ORDER** the appellant's brief received on December 10, 2013 filed as of the date of this order.


/s/      LANA MYERS
         JUSTICE